Robert J. Kane SBN 50856
rkane@stuartkane.com
STUART KANE LLP
620 Newport Center Drive, Suite 200
Newport Beach, CA 92660
Telephone:  (949) 791-5127
Facsimile:  (949) 791-5227

Max Fischer SBN 226003
mfischer@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, California  90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

Attorneys For Defendants
ACCENTCARE, INC. and ACCENTCARE OF CALIFORNIA, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEANNE ECHEVARRIA, ROBIN GAIL HAYES, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ACCENTCARE, INC., ACCENTCARE OF CALIFORNIA, INC., and DOES 1 through 50,<br><br>Defendants. | Case No.<br><br>**DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PARTIES**<br><br>State Action Filed:  January 7, 2015<br><br>State Action Served:  January 13, 2015 |

Pursuant to Local Rule 3-15, the undersigned, counsel of record for Defendants AccentCare, Inc. and AccentCare of California, Inc. (collectively, "Defendants"), certify that the following listed entities and persons may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

       1.  Deanne Echevarria, Plaintiff

       2.  Robin Gail Hayes, Plaintiff

       3.  AccentCare, Inc., Defendant

1      4.   AccentCare of California, Inc., Defendant

2      5.   Pluto Acquisition I, Inc., Parent-Company of AccentCare, Inc.

Dated:   February 12, 2015

By: /s/ *Max Fischer*
    Robert J. Kane
    Max Fischer
    Attorneys for Defendants