Robert Ottinger (SBN 156825)
Ori Edelstein (SBN 268145)
THE OTTINGER FIRM, P.C.
930 Montgomery Street, #502
San Francisco, CA 94133
415-262-0096
Fax: (415) 520-0555
Email: robert@ottingerlaw.com
Email: ori@ottingerlaw.com

Attorneys for Plaintiffs
Deanne Echevarria, Robin Gail Hayes, and for the proposed class

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| DEANNE ECHEVARRIA, ROBIN GAIL HAYES, individually and on behalf of all others similarly situated, and other aggrieved employees under the Labor Code Private Attorneys General Act of 2004<br><br>Plaintiffs,<br><br>vs.<br><br>ACCENTCARE, INC., ACCENTCARE OF CALIFORNIA, INC., and DOES 1-50,<br><br>Defendants. | Case No. 3:15-cv-00676-EDL<br><br>HON. ELIZABETH D. LAPORTE<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

| | |
|---|---|
| 1 | **TO THE HONORABLE COURT, ALL PARTIES HEREIN AND THEIR** |
| 2 | **RESPECTIVE COUNSEL OF RECORD:** |

Plaintiffs Deanne Echecarria and Robin Gail Hayes by their counsel, the Ottinger Firm, hereby voluntarily dismiss this lawsuit pursuant to Federal Rule of Civil Procedure 41(a).

Plaintiffs filed this action in the Superior Court for the State of California, County of Alameda on January 7, 2015. Defendants removed the action to this court on February 12, 2015. Defendants then moved to compel arbitration on February 19, 2015. This case was filed as a class action, however, no class has been certified. Defendants have not served an answer or a motion for summary judgment.

Such dismissal shall be without prejudice, with each side to bear its own costs and fees.

Respectfully submitted,

Dated: March 5, 2015      THE OTTINGER FIRM, P.C.

BY:  /s/ Ori Edelstein
     ROBERT OTTINGER
     ORI EDELSTEIN

     Attorneys for Plaintiffs
     Deanne Echevarria, Robin Gail Hayes,
     and for the Putative Class